JS-6

**O'HAGAN MEYER**
THEODORE C. PETERS (SBN 235115)
BESSIE MAFUD (SBN 321860)
2615 Pacific Coast Highway, Suite 300
Hermosa Beach, CA 90254
Tel: 310.807.1100 | Fax: 310.807.1115
Email: tpeters@ohaganmeyer.com
Email: bmafud@ohaganmeyer.com

*Attorney for Defendant*
*WALMART INC.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CASAS,<br><br>         Plaintiff,<br><br>     vs.<br><br>WALMART INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>         Defendants. | Case No.: 5:23-cv-02076-SSS-SPx<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed: July 19, 2023<br>Trial Date:         April 14, 2025 |

///

///

///

///

///

1
**ORDER**

1   THE COURT having reviewed the Joint Stipulation Regarding Dismissal
2   [Dkt. No. 29] hereby rules as follows:
3   This matter is dismissed in its entirety and all parties to bear their own
4   attorneys' fees and costs.

6   **IT IS SO ORDERED**

8   Dated: December 6, 2024

By: _____
Sunshine Suzanne Sykes
District Court Judge